Willard M. Douglas, Appellant, v. Annie M. Reilly, Respondent.— Judgment and order affirmed, with costs to respondent. All concurred, except Smith, P. J., who dissented.

Frank N. Freeman and Eliza J. Freeman, Respondents, v. International Pulp Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Annie Feldman, as Administratrix, etc., of Charles Feldman, Deceased, and Jacob Kretchmar, Copartners Doing Business under the Firm Name and Style of Feldman & Kretchmar, Respondents, v. Alexander Dickstein and Lazer Selig Forman, Also Known as Levi S. Forman, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Bessie Gibson, as Administratrix, etc., of Ira Gibson, Deceased, Respondent, v. The Casein Manufacturing Company, Appellant.— Reargument ordered on account of absence of a quorum for a decision.